UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MICHAEL MARTIN | * | CIVIL ACTION NO. 12-3005 |
| | * | |
| VERSUS | * | SECTION SECT. R MAG. 1 |
| | * | |
| FAB-CON, INC. AND APACHE CORPORATION (OF DELAWARE) | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT UNDER THE JONES ACT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law, the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff, MICHAEL MARTIN is an American seaman residing in St. Martinville, Louisiana at the time of his accident; defendant, FAB-CON, INC., is a Louisiana domestic corporation who was the Jones Act employer of plaintiff on the date of this accident; defendant APACHE CORPORATION (OF DELAWARE) is a foreign corporation organized under laws other than the State of Louisiana and doing business in this Parish and State and, at all pertinent times hereto, was the owner and operator of the quarter barge on which MICHAEL MARTIN was employed as a BR hand on the date of this accident.

3.

At all pertinent times hereto, the defendant APACHE CORPORATION (OF DELAWARE) owned, operated, managed and controlled a quarter barge engaged in operations in the Gulf of Mexico; plaintiff was employed as a BR hand by FAB-CON, INC. on that barge.

4.

On or about December 9, 2012, the quarter barge on which plaintiff was employed took on diesel and the engineer of the barge overflowed the diesel tank; when plaintiff awoke at 5:30 a.m. to perform his chores as a BR, he slipped and fell in a puddle of diesel oil sustaining a lumbar disc injury.

5.

The defendants, FAB-CON, INC. AND APACHE CORPORATION and/or its agents and crew are guilty of negligence in failing to provide MICHAEL MARTIN with a safe place to work and with an adequately trained crew who could have avoided his injuries; defendant, APACHE CORPORATION (OF DELAWARE) had an absolute and non-delegable duty to provide a seaworthy vessel to MICHAEL MARTIN. The aforesaid conditions and actions of the vessel's owners and agents in allowing diesel to remain on the deck of the barge, rendered the quarter barge unseaworthy in accordance with the general maritime law as described above.

6.

As a direct and proximate cause of the negligence of the defendants and the unseaworthiness of said vessel, MICHAEL MARTIN sustained the following injuries and damages: herniated lumbar disc; acute cervical and lumbar strain; radicular lumbar pain and mental anguish.

7.

Petitioner itemizes his damages as follows:

Past, present and future medicals - $200,000.00

Past, present and future lost wages - $500,000.00

Past, present and future pain and suffering - $400,000.00

Mental anguish - $100,000.00

Emotional stress and strain - $100,000.00

Loss of earning capacity - $200,000.00

TOTAL - $1,500.,000.00

8.

The defendant FAB-CON, INC. has failed to pay plaintiff maintenance and cure and plaintiff requests penalties and attorneys fees for their failure to adequately compensate plaintiff.

9.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, MICHAEL MARTIN demands judgment against defendants, FAB-CON, INC. AND APACHE CORPORATION (OF DELAWARE) in the full sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000) DOLLARS together with legal interest thereon from date of judicial demand until paid, for trial by jury for maintenance and

cure, for all costs of these proceedings and for all other equitable relief.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, MICHAEL MARTIN

PLEASE SERVE:

FAB-CON, INC.
Through its agent for service of process:
Bobby W. Giles
40326 Loosemore Road
Gonzales, LA 70737

APACHE CORPORATION (OF DELAWARE)
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808