UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL MARTIN | * | CIVIL ACTION NO.  **12-3005** |
| VERSUS | * | |
| FAB CON, INC., ET AL. | * | SECTION: "R" |
| | * | |
| | * | MAG. (1) |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT
ON BEHALF OF COMPLAINANT**

NOW INTO COURT, through undersigned counsel, come complainant,

MICHAEL MARTIN, who moves this Honorable Court to supplement and amend the

original complaint as follows:

1.

To supplement the caption of the above referenced matter to add EQUIPMENT

CO., LLC, BARGES UNLIMITED, INC., and CCR, LLC., as defendants in both the

caption and contents of the plaintiff's complaint.

2.

Made additional defendants herein are EQUIPMENT CO., LLC., a Louisiana

Corporation, licensed to do and doing business in Louisiana, and who was and is, at all

times pertinent hereto, the OWNER of the barge UNITY, upon which Mr. Martin slipped

on spilled oil, and fell causing his injuries herein; BARGES UNLIMITED, INC. AND

CCR., LLC., both Louisiana Corporations, licensed to do and doing business in

Louisiana, and who were and are, at all times pertinent hereto, CHARTERS of the barge

UNITY, upon which Mr. Martin slipped on spilled oil, and fell, causing his injuries

herein.

3.

By supplementing and amending the original complaint filed herein to add

paragraph ten (10) to read as follows:

"10.

"At all times pertinent hereto, all defendants herein failed to provide Mr. Martin

with a safe place to work; had inadequately trained crews, operated without

adequate man power to do the job at hand, and violated their duty to provide a

seaworthy vessel to Mr. Martin upon which to work."

4.

By supplementing and amending the original complaint to add paragraph eleven

(11) to read as follows:

"11.

At all times pertinent hereto, plaintiff was in the course and scope of his employment with FAB-CON, INC., and was engaged in the service of a vessel, performing the duties and on a mission for his employer and his vessel."

5.

Your complainant reavers and realleges all and each of the singular allegations of the original complaints, and as supplemented and amended herein.

WHEREFORE, **complainant, MICHAEL MARTIN,** reiterating each and every allegation of the original complaint, as though copied at length herein, **prays**:

I.  For leave of court to file this first supplemental and amending complaint; and

II.  That the same be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of **complainant**, and against all defendants jointly, severally, and in solido, as prayed for above.

Respectfully submitted,

/s/ Darleen Jacobs_____
DARLEEN M. JACOBS, aplc., bar # 7208
AL A. SARRAT, bar #19776
MELVIN J. BURMASTER, bar # 19508
823 St. Louis Street
New Orleans, Louisiana 70112
Ph.:(504)522-3287
Counsel for Complainant

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served

upon all counsel of record by ELECTRONIC MAIL AND/OR BY depositing the same in

the U.S. Mail, postage prepaid and properly addressed, this _13th ___day of MARCH,

2013.


__/s/ Darleen Jacobs_____
DARLEEN JACOBS




PLEASE SERVE DEFENDANTS:

EQUIPMENT CO., LLC
Through its Registered Agent for Service
Ryan Baudry
c/o Breaux and Baudry, APLC
111 Wilson Street
Franklin, LA 70538

BARGES UNLIMITED, INC.
Through its Registered Agent for Service
Cornelius J. Tabor, Jr.
202 Sandra Street
Berwick, LA 70342

CCR, LLC.
Through its Registered Agent for Service
Cornelius J. Tabor, Jr.
202 Sandra Street
Berwick, LA 70342