UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MARTIN                                              CIVIL ACTION

VERSUS                                                      NO: 12-3005

FAB-CON, INC., ET AL.                                       SECTION: R

### ORDER

On March 24, 2014, the Court issued an order granting summary judgment to defendants Equipment Co., LLC and CCR, LLC.[1] In that order, the Court put the parties on notice that, in light of its holding that the barge upon which plaintiff was injured is not a vessel, the Court would grant summary judgment to defendant Barges Unlimited Inc. if plaintiff did not show cause why such a ruling was inappropriate.[2] Plaintiff has filed nothing in response to that order. Accordingly, the Court grants summary judgment to Barges Unlimited and dismisses this case.

New Orleans, Louisiana, this 15th day of April, 2014.

*Sarah Vance*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 123.

[2]   *Id.* at 21-22.