UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL MARTIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-3005** |
| **FAB-CON, INC., ET AL.** | **SECTION "R"** |

### JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' complaint is hereby dismissed with prejudice.

**New Orleans, Louisiana, this** __15th__ **day of** _____April_____ **, 2014.**

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA